# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Yolanda Barhams, )
**PLAINTIFF** )
*[Type or print your name on the line above]* )
)
)
)
v. )
)
Indiana Deptment of Correction )  Cause No. 3:14CV1578
**DEFENDANT** )  *[Leave this blank, the clerk will*
*[Type or print only the name of the first* )  *supply the cause number when*
*person you are suing. List everyone you* )  *your case is received.]*
*are suing on page 2.]* )

## COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. Yolanda Denise Barham
   Name: First    Middle    Last

2. What is your address: 220 W Blaine Ave
   Elkhart Indiana 46516

Phone number (574) 226-8875

B. DEFENDANT(S) How many defendants are you suing: 2

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

(Revised May 2, 2006)

Defendant's Name | Job Title/Government Agency | Work Address

1.

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.

**Number your paragraphs.**

1. Typed on another

    Paper

Cause(s) of Action with Supporting Facts (continued)

_Typed on another paper_

## III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?
☑ NO ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## IV. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

_Typed on another paper_

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

_WD_ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_WD_ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_WD_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_WD_ I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

_WD_ I agree to promptly notify the clerk of any change of address.

_WD_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_WD_ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this __27__ day of __May__, 20_14_.

_____Walard Dashans_____
Your Signature

4

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

I Yolanda Barhams became custody of the Indiana Department of Correction on July 14,2012. On that date Indiana Department of Correction were aware of my mental and physical Disabilities , Schizophrenia, Depression and degenerative disc disease.

On May 24, 2013. I was told by the Indiana Department of Correction, Education Provider Oakland City University, Employees, Mr. Jones, which gave me a direct order, signaling me out of the entire home room class to stop working on my reading; a subject that is a learning disability to me and order me to work on Math, and I was to work on Math until further notice". I told Mr. Jones I was going to grieve him ." On May 24,2013. after class was dismissed Mr. Jones (teacher) ,Mr. Spafford (teacher) and Mr. Sheppard (site manager) all employee's of Oakland City University's ,and I had a hallway meeting ,I was not able to speak on the issue ,but was I told by Mr. Jones boss, Mr. Sheppard Oakland City University site manager, "I was to work on Math in Mr. Jones class until otherwise told to work on anything else", then Mr. Jones wrote me on and informal of extra duty. May 24,2013 I grievance against Mr. Sheppard Oakland University's (site manager) and Mr. Jones (teacher)both of Oakland City University.

On May 24, First I filed a grievance against Mr. Jones the grievance stated ,"I m grieving the fact I am being deprived of my education here at Indiana women prison ; adult Math literacy and school." Iam the only one in my homeroom class that couldn't use ,or work on literacy in the class, Just Math material my Math has 12.9, applied math 11.1in Math comp ,I only have 6.2 in reading .these is my highest scores." That same day I wrote another grievance , which stated," I am grieving the fact that I am not able to get the books I need to work on in school," for example, today May 24, 2013 Mr. Jones alone with Mr. Shepherd made me work on Math when my scores in Math my Applied Math 12.Math comp 11.1 I really need to work on my reading which was a 6.2 . That's why I asked, for a science book , said no …. you have to work on math .Mr. Shepherd , "Mr. Jones's boss agreed alone with him

The next day May 25,2013 Mr. Jones switched me from his homeroom where students could work on what they choose to work on ,because they don't need an instructor, their scores are high enough to take the GED test; In to Mr. Spafford class, making that my home room class. This class the teacher gave instructions to the students. .

June 7,2013 I received the response of the grievance which was written on May 24,2013 a decision of the Indiana Department of Correction Employee ,Executive Assistant S. Dawn Easley who is in charge of grieves stated ,"Mr. Jones has allowed you to work on reading in his class room in the past, his class room is a math class and that's what you should be working on is what the instructor tells you to unless he gives you permission to do otherwise."  CAUSE OF ACTION WITH SUPPORTING FACTS ENDED HERE.

YOLANDA BARHAMS<br>Date

## IV. RELIEF

I M asking for the following relief be granted from this Government agency Indiana Department of Correction , on the grounds they denying me Equal protection ,by allowing another agency violate my Consisitutional rights which ; was The First Amendment., and several Eight Amendment.
Doing these stressful moments I worked hard to achieve my GED; there was only one subject holding me back ,that was my reading, which was a learning disability for me. If I wasn't enabled from reading materials , would have been able to be with my mother in her last moments. I am seeking and award for all filing fee if the wavier in not granted , all legal expenses , and most of all Emotional Distress. I'm ask for $440.000.000



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

500 WEST MADISON ST., SUITE 1475
CHICAGO, IL 60661-4544

REGION V
ILLINOIS
INDIANA
IOWA
MINNESOTA
NORTH DAKOTA
WISCONSIN

April 14, 2014

Ms. Yolanda Barhams
720 West Blaine
Elkhart, Indiana 46516

Re:   OCR Docket #05-14-2087
      OCR Docket #05-14-4056

Dear Ms. Barhams:

On January 23, 2014, the U.S. Department of Education, Office for Civil Rights (OCR), received your complaint filed against Oakland City University (the University) and Indiana Women's Prison (the Prison). In your complaint, you alleged that the University and Prison subjected you to discrimination based on age and disability and retaliated against you in connection with educational programs that the University operates at the Prison.

Specifically, you alleged the following:

1. in March 2013, the University and the Prison subjected you to discrimination based on disability and age and to retaliation for filing a grievance, in that you were not allowed to take a pre GED test;
2. in May 2013, the University and the Prison subjected you to discrimination based on disability, in that you were not permitted use a specific reading book that you needed because of your disability; and
3. in May 2013, the University and the Prison subjected you to discrimination based on age and to retaliation for filing a grievance, in that you were transferred from one class to a different class.

OCR is responsible for enforcing Section 504 of the Rehabilitation Act of 1973 (Section 504), 29 U.S.C. § 794, and its implementing regulation at 34 C.F.R. Part 104, which prohibits discrimination on the basis of disability by recipients of Federal financial assistance. OCR also enforces the Age Discrimination Act of 1975 (Age Act), 42 U.S.C. 6101-6103, and its implementing regulation at 34 C.F.R. Part 110, which prohibits discrimination on the basis of age by recipients of Federal financial assistance. As recipients of Federal financial assistance from the Department, the University and the Prison are subject to these laws.

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

www.ed.gov

According to applicable regulations, a complaint must be filed not later than 180 days from the date of the alleged disability discrimination or retaliation for complaining of disability discrimination and not later than 180 days after the complainant becomes aware of alleged age discrimination or retaliation for complaining of age discrimination. Pursuant to the regulations and OCR's case processing procedures, OCR may grant a waiver of the 180-day filing requirement for good cause shown.

Your complaint was filed more than 180 days after the dates of the alleged discrimination and retaliation, of which you became aware when they occurred. Therefore, your complaint was not filed in a timely manner. You requested a waiver of the 180-day filing requirement. You informed told OCR that you did not file your complaint within 180 days of the alleged discrimination and retaliation because you were in prison and you did not want anything worse to happen to you.

OCR recognizes your concern about what you said happened in March and May 2013; however, the reason you provided for not filing your complaint in a timely manner is not an acceptable basis under OCR's case processing procedures to grant your request for a waiver of the 180-day filing requirement. OCR is, therefore, closing your complaint as of the date of this letter.

This letter sets forth OCR's determination in an individual OCR case. This letter is not a formal statement of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public. You may file a private suit in federal court whether or not OCR finds a violation.

You have the right, pursuant to the regulation at 34 C.F.R. § 110.39 implementing the Age Act, to file a civil action for injunctive relief in federal court following the exhaustion of administrative remedies. Administrative remedies are exhausted if: (1) 180 days have elapsed since the complainant filed the complaint with OCR, and OCR has made no finding, or (2) OCR issues any finding in favor of the recipient. A civil action can be brought only in a United States district court for the district in which the recipient is found or transacts business. A complainant prevailing in a civil action has the right to be awarded the costs of the action, including reasonable attorney's fees, but these costs must be demanded in the complaint filed with the court. Before commencing the action, you must give 30 days notice by registered mail to the Secretary of the Department of Education, the Secretary of the Department of Health and Human Services, the Attorney General of the United States, and the recipient. The notice shall state the violation of the Age Act, the relief requested, the court in which the action will be brought, and whether or not attorney's fees are demanded in the event the complainant prevails. You may not bring an action if the same alleged violation of the Age Act by the same recipient is the subject of a pending action in any court of the United States.

If you have any questions regarding this letter, please contact Daniel Altschul, Senior Attorney at (312) 730-1563 or by email at dan.altschul@ed.gov.

Sincerely,

Jeffrey Turnbull
Team Leader